SEPTEMBER 23, 1992

No. 92–5499.   MARINE v. DELAWARE.   Sup. Ct. Del.   Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 28, 1992

No. 92–139.   VALLEY FARMS ET AL. v. SHAWMUT BANK, N. A. Sup. Ct. Conn.   Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 29, 1992

No. 92–289.   IN RE LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   Petition for writ of mandamus dismissed under this Court's Rule 46.

No. A–223 (92–5846).   HARRIS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

SEPTEMBER 30, 1992

No. A–242 (O. T. 1992).   LOPEZ v. HALE COUNTY, TEXAS, ET AL.   D. C. N. D. Tex.   Application for injunction and stay pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied.